NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VICTOR ROSS,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7025

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-963, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**ORDER**

Upon consideration of the appellant's motion for a 60-day extension of time, until May 14, 2011, to file his brief,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

__MAR 14 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Matthew J. Dowd, Esq.
    Renee Gerber, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAR 14 2011

JAN HORBALY
CLERK